```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01746
   MICHAEL MARTIN DEMUTH
   HEATHER SUSAN DEMUTH                         CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-6446      SSN XXX-XX-2808


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/02/07 and confirmed on 05/18/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 18000.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 5643.22 | .00 | 5643.22 |
| SOVEREIGN BANK | SECURED | .00 | .00 | .00 |
| SOVEREIGN BANK | MORTGAGE ARRE | 601.34 | .00 | 601.34 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 8512.61 | .00 | 1053.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14860.85 | .00 | 1838.48 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 15886.56 | .00 | 1965.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9229.62 | .00 | 1141.82 |
| BOUDREAU & ASSOC | UNSECURED | 9220.30 | .00 | 1140.67 |
| BOUDREAU & ASSOC | UNSECURED | 3920.51 | .00 | 485.02 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 537.57 | .00 | 66.50 |
| ECAST SETTLEMENT CORP | UNSECURED | 1980.81 | .00 | 245.05 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 8694.52 | .00 | 1075.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 531.13 | .00 | 65.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 696.88 | .00 | 86.21 |
| B REAL LLC | UNSECURED | 339.99 | .00 | 42.06 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6244.56 | .00 | 74411.35 | .00 | 80655.91 |
| PRINCIPAL PAID | 6244.56 | .00 | 9205.63 | .00 | 15450.19 |

```
INTEREST PAID                        .00            .00           .00            .00             .00
TOTAL PAID                       6244.56            .00       9205.63            .00        15450.19
The Debtor's attorney, PAUL M BACH                              , was allowed $    2500.00
and was paid $      726.00   direct and $    1774.00   through the plan.

The Trustee received $     775.81 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

                            PAGE   2
     CASE NO. 07 B 01746 MICHAEL MARTIN DEMUTH & HEATHER SUSAN DEMUTH